IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Michael C. Mayo (20181127027), | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 21-cv-4653 |
| | ) | |
| v. | ) | Hon. Robert M. Dow, Jr. |
| | ) | |
| Tom Dart, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| Michael C. Mayo (20181127027), | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 21-cv-4656 |
| | ) | |
| v. | ) | Hon. Robert M. Dow, Jr. |
| | ) | |
| Tom Dart, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| Michael C. Mayo (20181127027), | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 21-cv-4880 |
| | ) | |
| v. | ) | Hon. Robert M. Dow, Jr. |
| | ) | |
| Tom Dart, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>ORDER</u>**

In a previous order [*Mayo v. Dart*, Case No. 21-cv-4653, dkt no. 5], the Court screened Plaintiff's complaint and requested attorney David J. Zott, 300 North LaSalle Street, Chicago, Illinois, 60654, Kirkland & Ellis LLP, dzott@kirkland.com, (312) 862-2000, represent Plaintiff. In that same order, the Court encouraged counsel to review three other cases filed by Plaintiff in

federal court, see *Mayo v. Dart et al.*, No. 21-cv-4656 (N.D. Ill.), *Mayo v. Dart et al.*, No. 21-cv-4880 (N.D. Ill.), *Mayo v. CCDOC Medical Staff et al.*, No. 21-cv-5014 (N.D. Ill.), and to advise the Court if counsel believed it would be prudent to appoint Attorney Zott to any of Plaintiff's other cases.

Attorney Zott and co-counsel filed appearances [No. 21-cv-4653, dkt no. 6, 7, 8] and in a notice filed December 3, 2021, counsel stated that two of the three cases involve overlapping allegations and events. [9]. *Mayo v. Dart*, No. 21-cv-4880 (N.D. Ill.) "restates the[] allegations and names the same Defendants" as *Mayo v.* Dart, 21-cv-4653 and *Mayo v. Dart*, No. 21-cv-4656 (N.D. Ill.) "seem[s] to share some common underlying events" with No. 21-cv-4653 such that "it is possible that further investigation and discovery will reveal additional commonalities." On the other hand, *Mayo v. CCDOC Medical Staff et al.*, No. 21-cv-5014 (N.D. Ill.) "raises distinct and unrelated allegations about the defendants' response to the SARS-CoV-2 virus." Attorney Zott therefore recommended his appointment to *Mayo v. Dart et al.*, No. 21-cv-4656 (N.D. Ill.), *Mayo v. Dart et al.*, No. 21-cv-4880 (N.D. Ill.), but not to *Mayo v. CCDOC Medical Staff et al.*, No. 21-cv-5014 (N.D. Ill.).

The Court appreciates Attorney Zott's review and agrees with his view that it would be efficient and encourage global resolution to appoint him to three of the four suits. Accordingly, the Court requests that Attorneys Zott, Kaplan, Joslin represent Plaintiff in *Mayo v. Dart*, No. 21-cv-4880 (N.D. Ill.) and *Mayo v. Dart*, No. 21-cv-4656 (N.D. Ill.). By January 7, 2021, counsel shall file appearances in *Mayo v. Dart*, No. 21-cv-4880 (N.D. Ill.) and *Mayo v. Dart*, No. 21-cv-4656 (N.D. Ill.). Complaints in all three cases shall be filed no later than February 11, 2022. The Clerk is directed to send a copy of this order to Plaintiff, recruited counsel, and to the PACER Service Center and Systems Department as set forth below.

Date: December 17, 2021

Robert M. Dow, Jr.
United States District Judge