IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL C. MAYO,<br><br>      Plaintiff,<br><br>v.<br><br>LARRY GAVIN, KAREN JONES-HAYES, DAMITA DELITZ, BRENDON LOMBARDI, O. LOPEZ, E. PRESTON, J. DELLIS, M. KIELIAN, AND JOHN DOES 1-7,<br><br>      Defendants. | Case No. **1:21-CV-04653**<br><br>Hon. Judge Robert M. Dow, Jr.<br>Magistrate Judge M. David Weisman |

## MOTION TO CONSOLIDATE CASE NOS. 1:21-CV-04653, 1:21-CV-04656, AND 1:21-CV-04880

Plaintiff Michael C. Mayo hereby respectfully moves the Court pursuant to Fed. R. Civ. P. 42(a) to consolidate Case Nos. 1:21-CV-04653, 1:21-CV-04656, and 1:21-CV-04880. In support of this motion, Plaintiff states as follows:

    1.    On October 4, 2021, Plaintiff filed his Complaints in Case Nos. 1:21-CV-04653 and 1:21-CV-04656, pro se. On October 6, 2021, Plaintiff filed his Complaint in Case No. 1:21-CV-04880 pro se.

    2.    On November 3, 2021, the Court entered an order dismissing Plaintiff's Complaint in Case No. 1:21-CV-04653 without prejudice, and appointing the undersigned to represent Plaintiff in that case. The Court also asked counsel to review three other pending cases filed by Mr. Mayo (Case Nos. 1:21-CV-04656, 1:21-CV-04880, and 1:21-CV-05014) to determine if counsel should also be appointed to represent Mr. Mayo in any of those cases. (*Mayo v. Dart*, No. 1:21-CV-04653, Dkt. No. 5 (Nov. 3, 2021)).

3. Per the Court's order, counsel reviewed these cases and, on December 3, 2021, filed a status report explaining that Case Nos. 21-CV-04656 and 21-CV-04880 share some common allegations with and arise from the same underlying events as Case No. 21-CV-04653. Counsel suggested it would therefore be prudent for the Court to also appoint counsel to represent Mr. Mayo in Case Nos. 21-CV-04656 and 21-CV-04880, but not in Case No. 1:21-CV-05014.

4. On December 17, 2021, the Court agreed and appointed counsel to represent Mr. Mayo in Cases Nos. 21-CV-04656 and 21-CV-04880. (*Mayo v. Dart*, No. 1:21-CV-04653, Dkt. No. 11 (Dec. 17, 2021)). The Court set a deadline of February 11, 2022 for the filing of Amended Complaints in the three cases. Concurrently with the filing of this motion, Mr. Mayo is filing an identical Amended Complaint in each of the three cases.

5. Mr. Mayo now moves to consolidate Case Nos. 21-CV-04653, 21-CV-04656 and 21-CV-04880 pursuant to Fed. R. Civ. P. 42(a). As explained in the accompanying Memorandum of Law, consolidation is appropriate because the cases involve common questions of law and fact, originate from the same underlying events, and are now subject to an identical Amended Complaint. Consolidation would accordingly promote judicial economy and streamline discovery.

WHEREFORE, as set forth more fully in the accompanying Memorandum of Law, Plaintiff respectfully requests that the Court grant his motion to consolidate the present action with Case Nos. 1:21-CV-04656 and 1:21-CV-04880.

Dated: February 11, 2022

Respectfully submitted,

/s/ David J. Zott

David J. Zott, P.C.
Howard Michael Kaplan
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862 2000
Facsimile: (312) 862-2200
Email: dzott@kirkland.com
Email: howard.kaplan@kirkland.com

Jennifer M. Joslin *(admitted pro hac vice)*
**KIRKLAND & ELLIS LLP**
60 East South Temple
Salt Lake City, UT 84111
Telephone: (801) 877-8100
Facsimile: (801) 877-8101
Email: Jennifer.joslin@kirkland.com

*Attorneys for Plaintiff Michael C. Mayo*