IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Mayo <br><br> Plaintiff(s), <br><br> v. <br><br> Dart, et al. <br><br> Defendant(s). | Case No. 21-cv-4653 <br> Judge Robert M. Dow |

### ORDER

Plaintiff's motion to consolidate Case Nos. 21cv4653, 21cv4656, and 21cv4880 [13] is granted. The Court agrees that it is in the interest of efficiency for Plaintiff, Defendants, and the Court to consolidate these three cases for all purposes. The operative complaint shall be the first amended complaint [12] filed in Case No. 21cv4653 and all further filings in the consolidated cases shall be made in Case No. 21cv4653. Case Nos. 21cv4656 and 21cv4880 will be closed.

Date: 2/21/2022                    /s/ Judge Dow