## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Michael C Mayo

                     Plaintiff,

v.                                           Case No.: 1:21−cv−04653
                                                    Honorable Robert M. Dow Jr.

Tom Dart, et al.

                     Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 23, 2022:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Plaintiff Michael Mayo's Motion for Leave to Conduct Expedited Discovery [20] is set for 3/25/2022 at 9:15 a.m. Participants should use the Court's toll−free, call−in number 877−336−1829, passcode is 6963747. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.