## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Michael C Mayo

        Plaintiff,

v.                Case No.: 1:21−cv−04653
                Honorable Robert M. Dow Jr.

Tom Dart, et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 13, 2022:

  MINUTE entry before the Honorable Robert M. Dow, Jr: Plaintiff's motions for leave to file third amended complaint [42] and for leave to submit memorandum in support [43] are granted. Parties should include an agreed deadline for responsive pleadings in their joint status report due on 6/24/2022. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.