**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MICHAEL C. MAYO, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:21-cv-04653 |
| | ) | |
| v. | ) | Hon. Judge John J. Tharp, Jr. |
| | ) | |
| | ) | |
| LARRY GAVIN, KAREN JONES-HAYES, DAMITA DELITZ, BRENDON LOMBARDI, DIRECTOR MILLER, OFFICER BUCHANAN, THOMAS DART, AND LIEUTENANT DOUGE, | ) ) ) ) ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

**DEFENDANT, BRENDAN LOMBARDI'S UNOPPOSED MOTION FOR LEAVE TO FILE HIS AMENDED ANSWER AND AFFIRMATIVE DEFENSES**

NOW COMES Defendant, BRENDAN LOMBARDI ("Defendant"), by and through his attorneys DeVore Radunsky LLC, and in support of this Unopposed Motion Seeking Leave to File an Amended Answer and Affirmative Defenses, Defendant states the following:

1. On June 16, 2022, Plaintiff filed his Third Amended Complaint (hereinafter "TAC") against Defendant. (***Ex. 1, Plaintiff's TAC***)

2. On September 13, 2022, Defendant filed his Answer to Plaintiff's TAC. (***Ex. 2, Defendant Brendan Lombardi Answer to Plaintiff's TAC)***

3. In his initial Answer to Plaintiff's TAC, defendant Lombardi did not answer allegations #1-114. Instead, he only answered the allegations contained in paragraphs 150-158 or Counts VI and VII of Plaintiff's TAC that were directed against him.

4.     Defendant Lombardi now requests that he be permitted leave of court to answer the remaining allegations, paragraphs #1-114, of Plaintiff's TAC.

5.     Allegations in paragraphs #115-149 of Plaintiffs TAC relate to other defendants for which Lombardi would make no answer.

6.     Defendant's counsel has conferred with Plaintiff's counsel, and the plaintiff has no objection to the filing of this motion.

7.      A draft of Defendant Lombardi's Amended Answer and Affirmative Defenses to Plaintiff's Third Amended Complaint is attached to this motion as Exhibit 3. (***Ex. 3, Draft of Lombardi's Amended Answer and Affirmative Defenses***)

WHEREFORE, Defendant BRENDON LOMBARDI, by and through his attorneys DeVore Radunsky LLC, respectfully requests this Honorable Court grant Defendant, Brendan Lombardi's Motion For Leave to File his Amended Answer and Affirmative Defenses.

Respectfully Submitted,

By:   */s/ Troy S. Radunsky*
Attorney for Defendants
ARDC# 6269281
**DeVore Radunsky LLC**
230 W. Monroe St., Ste 230
Chicago, Illinois 60606
*tradunsky@devoreradunsky.com*

      */s/ David J. Zott*
      David J. Zott, P.C.
      Vivek Biswas *(admitted pro hac vice)*
      **KIRKLAND & ELLIS LLP**
      300 North LaSalle
      Chicago, IL 60654
      Telephone: (312) 862 2000
      Facsimile: (312) 862-2200
      Email: dzott@kirkland.com
      Email: vivek.biswas@kirkland.com

      John P. Hannon *(admitted pro hac vice)*
      Jennifer M. Joslin *(admitted pro hac vice)*
      **KIRKLAND & ELLIS LLP**
      60 East South Temple
      Salt Lake City, UT 84111
      Telephone: (801) 877-8100
      Facsimile: (801) 877-8101
      Email: john.hannon@kirkland.com
      Email: jennifer.joslin@kirkland.com

      *Attorneys for Plaintiff Michael C. Mayo*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on October 12, 2022, he electronically filed the foregoing document, which will send a notice of electronic filing to all counsel of record.

*/s/ Troy S. Radunsky*
Troy S. Radunsky
