### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Michael C. Mayo, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 21 C 4653 |
| v. ) | |
| ) | Judge John J. Tharp, Jr. |
| ) | |
| Tom Dart, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### **ORDER**

The Court has reviewed the November 18, 2022 joint status report [87] filed in this consolidated case. Based on the representations in that report, the Court finds that it is appropriate to keep case no. 21 C 5014 distinct and separate from consolidated case no. 21 C4653. The next status hearing in this consolidated case remains set for 1/24/23 [*see* 89].

Date: 12/5/2022

/s/ John J. Tharp, Jr.
John J. Tharp, Jr.
United States District Judge