# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of Illinois

Case Number: 1:21-CV-04653

Plaintiff/Petitioner:
**MICHAEL C. MAYO**
vs.
Defendant/Respondent:
**LARRY GAVIN, et al.**

Received by HPS Process Service & Investigations to be served on **Karen Jones-Hayes, 15129 Naughton Drive, South Holland, IL 60473**. I, __Anna Canole__, do hereby affirm that on the __15th__ day of __October__, 20__22__ at __5__:__47 p__.m., executed service by delivering a true copy of the Summons in a Civil Case and Third Amended Complaint in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the above-named person.

(X) SUBSTITUTE RESIDENTIAL SERVICE: By delivering the service package to __Brianna Jones-Hayes__, as __Daughter__, at the above-named person's dwelling place or usual place of abode.

( ) OTHER SERVICE: As described in the Comments below.

( ) NON SERVICE: For the reason detailed in the Comments below.

( ) MILITARY SERVICE: ( )YES _____BRANCH ( ) NO

COMMENTS:_____
_____
_____
_____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made. I declare under penalty of perjury that the foregoing is true and correct.

*Anna Canole*

PROCESS SERVER # __117-001119__
Appointed in accordance with State Statutes

**HPS Process Service & Investigations**
www.hpsprocess.com
1669 Jefferson
Kansas City, MO 64108
(800) 796-9559

Our Job Serial Number: 2022017675
Ref: 52018-01

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i