**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Michael C Mayo

                      Plaintiff,

v.                                                    Case No.: 1:21−cv−04653
                                                    Honorable John J. Tharp Jr.

Tom Dart, et al.

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 24, 2023:

      MINUTE entry before the Honorable John J. Tharp, Jr:Telephone status hearing held and continued to 3/10/23 at 9:00 a.m. By the next status hearing, ESI discovery should be completed and defendant Jones−Hayes' response to complaint should have been filed. For instructions regarding participation in, or access to, the telephone hearing, see the standing order on telephone hearings on Judge Tharp's web page (https://www.ilnd.uscourts.gov/judge−info.aspx?79e F+7uiX7ewBj/ITKrjoA==). Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.