## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
## Eastern Division

Michael C Mayo
                      Plaintiff,

v.                                                       Case No.: 1:21−cv−04653
                                                            Honorable John J. Tharp Jr.

Tom Dart, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 10, 2023:

      MINUTE entry before the Honorable John J. Tharp, Jr:Telephone status hearing held and continued to 4/20/2023 at 9:00 a.m. For instructions regarding participation in, or access to, the telephone hearing, see the standing order on telephone hearings on Judge Tharp's web page (https://www.ilnd.uscourts.gov/judge−info.aspx?79e F+7uiX7ewBj/ITKrjoA==). Plaintiff's counsel did not appear. Defendants' agreed motion for an extension of time to complete ESI discovery [96] is granted. ESI discovery must be completed by 3/24/2023. Defendants' agreed motion for the entry of a clawback agreement [97] is granted. The clawback agreement attached to defendants' order is incorporated into the parties' existing confidentiality order. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.