## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
### Eastern Division

Michael C Mayo

                Plaintiff,

v.                                         Case No.: 1:21−cv−04653
                                                            Honorable John J. Tharp Jr.

Tom Dart, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 30, 2023:

    MINUTE entry before the Honorable John J. Tharp, Jr: Minute entry [101] is corrected as follows: Telephone status hearing held and continued as an in−person hearing on 6/30/2023 at 9:00 a.m. The hearing will be held in Courtroom 2303. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.