UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL C. MAYO, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) Case No. **1:21-cv-04653** |
| LARRY GAVIN, KAREN JONES-HAYES, DAMITA DELITZ, BRENDON LOMBARDI, DIRECTOR MILLER, OFFICER BUCHANAN, THOMAS DART, AND LIEUTENANT DOUGE, | ) Hon. John J. Tharp ) ) ) ) |
| Defendants. | ) ) ) |

**NOTICE OF WITHDRAWAL OF ATTORNEY**

John P Hannon hereby notifies this Court of his withdrawal from the above-captioned case, as he will be leaving Kirkland & Ellis. Defendants continue to be represented by other attorneys from Kirkland & Ellis LLP.

Dated: August 25, 2023

Respectfully submitted,

*/s/ David J. Zott*
David J. Zott
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862 2000
Facsimile: (312) 862-2200
Email: dzott@kirkland.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 25, 2023, I caused a true and correct copy of the foregoing NOTICE OF WITHDRAWAL OF ATTORNEY, to be filed through the Court's Electronic Case Filing system, which will send notification to all counsel of record.

*(s) David J. Zott*
David J. Zott