**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MICHAEL C. MAYO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. **1:21-cv-04653** |
| ) | |
| LARRY GAVIN, KAREN JONES-HAYES, ) | Hon. Judge John J. Tharp, Jr. |
| DAMITA DELITZ, BRENDON ) | Mag. Judge M. David Weisman |
| LOMBARDI, DIRECTOR MILLER, ) | |
| OFFICER BUCHANAN, THOMAS DART, ) | |
| AND LIEUTENANT DOUGE, ) | |
| ) | |
| Defendants. ) | |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, without prejudice, against the defendant Karen Jones-Hayes pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

*/s/ David J. Zott*
David J. Zott, P.C.
Lexi K. Wung
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: dzott@kirkland.com
Email: lexi.wung@kirkland.com

Stephen Tensmeyer *(admitted pro hac vice)*
Jennifer M. Joslin *(admitted pro hac vice)*
**KIRKLAND & ELLIS LLP**
60 East South Temple
Salt Lake City, UT 84111
Telephone: (801) 877-8100
Facsimile: (801) 877-8101
Email: stephen.tensmeyer@kirkland.com
Email: jennifer.joslin@kirkland.com

Dated: November 29, 2023

*Attorneys for Plaintiff Michael C. Mayo*

*/s/ Mia Buntic*
Mia Buntic
**ASSISTANT STATE'S ATTORNEY**
**CONFLICTS COUNSEL UNIT**
50 West Washington, Suite 2760
Chicago, IL 60602
Telephone: (312) 603-1434
Email: mia.buntic@cookcountyil.gov

Dated: November 29, 2023

*Attorney for Defendant Karen Jones-Hayes*

*/s/ Troy S. Radunsky*
Troy S. Radunsky
**DEVORE RADUNSKY LLC**
230 West Monroe, Suite 230
Chicago, IL 60606
Telephone: (312) 300-4479
Facsimile: (312) 674-7423
Email: tradunsky@devoreradunsky.com

Dated: November 29, 2023

*Attorney for Defendants*

CERTIFICATE OF SERVICE

    I The undersigned, an attorney, hereby certifies that the STIPULATION OF VOLUNTARY DISMISSAL was filed on November 29, 2023, with the Northern District of Illinois ECF System, serving a copy to all parties.

                                                                                  */s/ David J. Zott*
                                                                                    David J. Zott,