## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Michael C Mayo

                Plaintiff,

v.                                              Case No.: 1:21−cv−04653

                                                          Honorable John J. Tharp Jr.

Tom Dart, et al.

                Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable M. David Weisman for the purpose of holding proceedings related to: discovery supervision and any settlement conference. (air, )Mailed notice.

Dated: January 17, 2024

                                                              /s/ John J. Tharp Jr.

                                                           United States District Judge