**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Michael C Mayo
                              Plaintiff,
v.                                              Case No.: 1:21−cv−04653
                                                Honorable John J. Tharp Jr.
Tom Dart, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 7, 2024:

MINUTE entry before the Honorable M. David Weisman: Magistrate Status hearing held. A video settlement conference is set for 2/26/24 at 2:00 p.m. Plaintiff shall appear by video/telephone for the settlement conference. Plaintiff's settlement letter, which he previously sent to defendants, is to be submitted to the Court's by 2/9/24. Defendants' settlement response letter is to be submitted to plaintiff and the Court's by 2/21/24. The parties must submit their respective letters by email to Proposed_Order_Weisman@ilnd.uscourts.gov. Please note that settlement letters and documents are not to be filed on the CM−ECF system. Parties shall confer and send ONE email to Weisman_Chambers@ilnd.uscourts.gov by 2/21/24, identifying the email addresses of the individuals who intend to participate in the settlement conference. Parties have no objection to the Court having ex parte discussions with counsel in advance of the settlement conference if the Court believes such conversations would be warranted. Video/Telephone request to follow. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.