UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Michael C Mayo
                         Plaintiff,

v.                                          Case No.: 1:21−cv−04653
                                                 Honorable John J. Tharp Jr.

Tom Dart, et al.
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 21, 2024:

      MINUTE entry before the Honorable M. David Weisman: Magistrate status hearing held. Court inquired about the status of settlement. Defendant expects settlement check to issue after the settlement is approved by the litigation committee. Status hearing set for 7/18/24 at 9:15 a.m. If a stipulation to dismiss has been filed, the status hearing will be stricken. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.