# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL MAYO, | ) | |
| | ) | |
| Plaintiff, | ) | 21 cv 4653 (Judge Robert M. Dow, Jr.) |
| | ) | 21 cv 5014 (Judge John J. Tharp, Jr.) |
| vs. | ) | 23 cv 2599 (Judge John J. Tharp, Jr.) |
| | ) | |
| SHERIFF THOMAS J. DART, | ) | |
| et al, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Michael Mayo, and Defendant, Sheriff Thomas J. Dart et al., hereby stipulate and agree to the voluntary dismissal of the above matters, 21 cv 4653, 21 cv 5014, and 23 cv 2599, including any and all pending claims in these matters, with prejudice, without costs to either party.

/s/ *David Zott*_____
**PLAINTIFF** By: Kirkland & Ellis
Counsel for Plaintiff Michael Mayo

/s/ *Jason E. DeVore*_____
**DEFENDANT**
By: Jason E. DeVore
Counsel for County of Cook, Indemnitor

Dated: __July 18, 2024_____